# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand and thirteen.

Before:    Gerard E. Lynch,
              *Circuit Judge.*

_____

| | |
|---|---|
| In Re: Bernard L. Madoff Investment Securities LLC<br>--------------------------------------------------------<br><br>Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>Eric T. Schneiderman, Bart M. Schwartz, David B. Pitofsky, J. Ezra Merkin, Gabriel Capital Corporation,<br><br>    Defendants - Appellees,<br><br>Securities Investor Protection Corporation, Statutory Intervenor pursuant to Securities Investor Protection Act, 15 U.S.C. section 78eee(d),<br><br>    Intervenor. | **ORDER**<br>Docket No. 13-1785 |

_____

    IT IS HEREBY ORDERED that the motion by appellant Irving H. Picard for leave to file sealed and redacted versions of the opening and reply briefs and a sealed appendix along with the unsealed Joint and Special Appendices is GRANTED.

    IT IS FURTHER ORDERED that the request that appellees be also granted leave to file

sealed and redacted versions of their briefs is GRANTED. All sealed materials will be unsealed upon disposition of the appeal, absent further order of the merits panel.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

