# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of July, two thousand and thirteen.

_____

In Re: Bernard L. Madoff Investment Securities LLC
-----------------------------------------------------------------------------

Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,

Plaintiff-Appellant,

v.

Eric T. Schneiderman, Bart M. Schwartz, Ralph C. Dawson, J. Ezra Merkin, Gabriel Capital Corporation,

Defendants-Appellees,

Securities Investor Protection Corporation, Statutory Intervenor pursuant to Securities Investor Protection Act, 15 U.S.C. section 78eee(d),

Intervenor.
_____

**ORDER**
Docket No. 13-1785

IT IS HEREBY ORDERED that the motion by the appellees for leave to file an appellee's appendix under seal is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

